592 A.2d 1294

COMMONWEALTH of Pennsylvania, Respondent,

v.

Thomas FOLEY, Petitioner.

Supreme Court of Pennsylvania.

July 25, 1991.

## ORDER

PER CURIAM.

AND NOW, this 25th day of July, 1991, the Petition for Allowance of Appeal is granted only as to the issue of the suppression of the gun.  Because the Superior Court should have addressed that issue, this matter is remanded to that Court for disposition of the gun suppression issue.  As to all other issues raised by Petitioner, the Petition for Allowance of Appeal is denied.